HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY ("PHEAA"), <br><br> Plaintiff, <br><br> vs. <br><br> ANTOINE D. JOHNSON, MD, individually, and the marital community composed of ANTOINE D. JOHNSON and JANE DOE JOHNSON, <br><br> Defendants | No. C10-5641 RBL <br><br> Grays Harbor County Case No. 10-2-00477-3 <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Pennsylvania Higher Education Assistance Agency's ("PHEAA" or "Plaintiff") motion for an order remanding this action came on regularly for hearing before this Court on October 22, 2010, without oral argument.

After considering the moving, opposition and reply papers, and other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Remand the case is hereby GRANTED. Defendant's argument that this matter is somehow governed by the Federal Tort Claims Act and the Federal

ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND-- 1

No. C10-5641 RBL
m41866-1463397.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

Employees Reform and Tort Compensation Act is frivolous.  The Grays Harbor County Superior Court is vested with jurisdiction and the Plaintiff may proceed with its action for Breach of Promissory Note.

  2. Defendant Johnson is hereby Ordered to make payment to Plaintiff in the amount of $ 1,536.50, representing the fees and costs of removal.

  Dated this 22nd day of October, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

GRAHAM & DUNN pc

By s/Brad A. Goergen
 Brad A. Goergen, WSBA# 41611
 Aimee K. Decker, WSBA # 41797
 Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND-- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. C10-5641 RBL
m41866-1463397.doc